**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Joseph Anthony JOHNS, Defendant-Appellant.**

No. 16-11463

Non-Argument Calendar

United States Court of Appeals, Eleventh Circuit.

Date Filed: 12/28/2016

Roberta Josephina Bodnar, Vincent Chiu, U.S. Attorney's Office, Orlando, FL, Cherie Krigsman, Arthur Lee Bentley, III, Anita M. Cream, U.S. Attorney's Office, Tampa, FL, for Plaintiff-Appellee

James T. Skuthan, Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, Joseph Anthony Johns, FCI Coleman Medium—Inmate Legal Mail, Coleman, FL, for Defendant-Appellant

Before HULL, WILSON and BLACK, Circuit Judges.

PER CURIAM:

Stephen J. Langs, appointed counsel for Joseph Johns in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Johns's convictions and sentences are **AFFIRMED**.